No. 83–1987.  BRADSHAW *v.* GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.

No. 83–1991.  BLINDER, ROBINSON & CO., INC., ET AL. *v.* STATE CORPORATION COMMISSION.  Sup. Ct. Va.  Certiorari denied.

No. 83–1992.  CLAIBORNE *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 83–1993.  LANE *v.* UNITED STATES ET AL.  C. A. 1st Cir. Certiorari denied.

No. 83–1994.  FULCHER TRUCKING OF ORIENTAL, INC. *v.* GASKILL, ADMINISTRATRIX OF THE ESTATE OF ARMSTRONG.  C. A. 4th Cir.  Certiorari denied.

No. 83–1995.  GREENSBORO NEWS CO. ET AL. *v.* FLANNERY, JUDGE ASSIGNED TO UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA, ET AL.  C. A. 4th Cir. Certiorari denied.

No. 83–1996.  MERCHANTS NATIONAL BANK OF MOBILE *v.* FEDERAL DEPOSIT INSURANCE CORPORATION.  C. A. 11th Cir. Certiorari denied.

No. 83–2002.  HOUGHTON *v.* PRUDENTIAL PROPERTY & CASUALTY CO. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 83–2003.  HEMINGWAY, ADMINISTRATRIX OF THE ESTATE OF HEMINGWAY *v.* OCHSNER CLINIC ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 83–2006.  JACKSON *v.* OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 83–2007.  C. ITOH & CO. (AMERICA) INC. *v.* SPIESS ET AL. C. A. 5th Cir.  Certiorari denied.

No. 83–2008.  PHINNEY *v.* FIRST AMERICAN NATIONAL BANK. C. A. 6th Cir.  Certiorari denied.